**Nathan G. Wagner**
DATSOPOULOS, MacDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
Email: nwagner@dmllaw.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF LOREN SIMPSON *et al*, | Cause No.: CV 15-00099-SPW |
| Plaintiffs, | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | |
| YELLOWSTONE COUNTY *et al*, | |
| Defendants. | |

I certify that on the date below I mailed a copy of **Exhibit 4** to Plaintiffs' Statement of Disputed Facts (Leonhardt Video) to the following:

Clerk of Court
U.S. District Court for the District of Montana
Billings Division
James F. Battin U.S. Courthouse
2601 2nd Avenue North
Billings, Montana 59101

Kevin Gillen
Levi Robison
Deputy Yellowstone County Attorneys
P.O. Box 35025
Billings, MT 59107

DATED this __2nd__ day of October, 2016.

                              DATSOPOULOS, MacDONALD & LIND, P.C.

                              Nathan G. Wagner
                              *Attorney for Plaintiffs*

