
FILED

OCT 18 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF LOREN SIMPSON et al, <br><br> Plaintiffs, <br><br> vs. <br><br> YELLOWSTONE COUNTY et al, <br><br> Defendants. | Cause No.: CV 15-0099-BLG-SPW <br><br><br> **ORDER** |

Upon the parties' Stipulation to Allow Depositions after Close of Discovery (Doc. 37), and good cause appearing,

IT IS HEREBY ORDERED that any depositions requested by either party may be taken after the close of discovery on November 1, 2016.

DATED the 18th of October, 2016.

SUSAN P. WATTERS
United States District Judge