

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF LOREN SIMPSON, *et al.*, | Cause No. 15-CV-00099-SPW |
| Plaintiffs, | |
| vs. | |
| YELLOWSTONE COUNTY, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Defendant Yellowstone County Sheriff Mike Linder's Motion for Summary Judgment. (Doc. 22). Linder asserts that there is no genuine issue of material fact with respect to his liability and he is entitled to judgment as a matter of law on all of Plaintiff's claims against him. (*Id.*) Plaintiff does not oppose Linder's motion. (Doc. 30). Accordingly, IT IS HEREBY ORDERED that Linder's Motion for Summary Judgment (Doc. 22) is GRANTED.

DATED this 28th day of October 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE