FILED

NOV 30 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF LOREN SIMPSON *et al*,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY *et al*,<br><br>Defendants. | Cause No.: CV 15-0099-SPW<br><br>**ORDER TO DISMISS CLAIMS WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss Claims with Prejudice (Doc. 44) filed by the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause appearing,

IT IS HEREBY ORDERED that the claims of Brenda Davis, Nathan Lonsbery and Kylie Smith against all Defendants are hereby DISMISSED WITH PREJUDICE.

Dated the 30th of November, 2016.

SUSAN P. WATTERS
United States District Judge