*Yellowstone County*



**OFFICE OF THE SHERIFF**

P.O. BOX 35020
BILLINGS, MT 59107-5020
(406) 256-2939
(406) 256-2949 FAX

January 13, 2015

AT&T
Custodian of Records
208 South Akard
10th Floor
Dallas, Texas 75202

To Whom it May Concern:

This letter is a formal request for the preservation of all stored communications, records, and other evidence in your possession, to include:

> Expanded Subscriber and billing information for cellular telephone number **406-281-0386**, including ACCOUNT HISTORY, PAYMENT INFORMATION, and BIOGRAPHICAL DATA of the ACCOUNT HOLDER(S); as well as Subscriber and billing information for ANY OTHER cellular telephones on this ACCOUNT between the dates of January 8, 2015 and January 10, 2015;

> The Mobile Equipment Identifier (MEID)/Electronic Serial Number (ESN) or International Mobile Subscriber Identifier (IMSI)/International Mobile Equipment Identifier (IMEI) of all cellular telephone(s) that have utilized cellular telephone numbers **406-281-0386** or any other cellular telephones on the ACCOUNT(S) between the dates of **January 8, 2015 and January 10, 2015**, as well as a list of MAKES and MODELS of the device(s);

> All available toll records to include call detail records, Short Message Service (SMS) and Multi-Media Message Service (MMS) detail records (excluding content), and data connection records for cellular telephone number **406-281-0386** between **8:00 am on January 8, 2015 and 11:59 pm on January 10, 2015.**

> Historical cell site and sector information to include the originating, terminating, or any other cellular tower utilized by cellular telephone number **406-281-0386** between the dates of **January 8, 2015 and January 10, 2015** as well as the physical address/location of all cellular towers and sector information in the specified market(s);

> "Raw" Evolution Data Optimized (EVDO) and "Raw" Long Term Evolution (LTE) records for cellular telephone number **406-281-0386** between the dates of **January 8, 2015 and January 10, 2015**;

> Location based services to include "Raw" Return/Range to Tower (RTT), Per Call Measurement Data (PCMD), Round Trip Distance (RTD), Historical Handset Location, or Historic Trilateration Location data for cellular telephone number **406-281-0386** between the hours of **8:00 am on January 8, 2015 and 11:59 pm on January 10, 2015**;

**County Exhibit No. 1**

      All available stored text message content for cellular telephone numbers **406-281-0386** that are still in the Verizon Wireless system.

The information sought through this request relates to a criminal investigation being conducted by the Yellowstone County Sheriff's Office.

You are requested not to disclose the existence of this letter and search warrant indefinitely as any such disclosure could interfere with an ongoing investigation and enforcement of the law.

If there are any questions concerning the preservation letter or search warrant, please feel free to contact Detective Frank Fritz at the Yellowstone County Sheriff's Office, Billings, Montana, at telephone number (406) 256-2925 or email (ffritz@co.yellowstone.mt.gov).

Sincerely,

Frank Fritz
Detective 3066
YCSO

**County Exhibit No. 1**