

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF LOREN SIMPSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> YELLOWSTONE COUNTY, *et al.*, <br><br> Defendants. | Cause No. CV 15-99-BLG-SPW <br><br><br><br><br> ORDER |

Before the Court is Defendant Yellowstone County's Motion for Summary Judgment on the County's liability under *Monell v. Dep't of Soc. Servs. Of City of New York*, 436 U.S. 658 (1978), and Yellowstone County's liability for punitive damages under § 1983 and Montana law. (Doc. 48). Plaintiff does not oppose the County's motion. (Doc. 63 at 2-3). Accordingly, IT IS HEREBY ORDERED that Yellowstone County's Motion for Summary Judgment (Doc. 48) is GRANTED.

DATED this 26th day of January 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE