IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 15 2017
Clerk, U S District Court
District Of Montana
Billings

| ESTATE OF LOREN SIMPSON, et al., | CV 15-00099-BLG-SPW |
|---|---|
| Plaintiffs, | ORDER |
| vs. | |
| YELLOWSTONE COUNTY, et al., | |
| Defendants. | |

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice (Doc. 82), and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

IT IS FURTHER ORDERED that any pending motions are DENIED as moot.

DATED this 14th day of June, 2017.

Susan P. Watters
U. S. DISTRICT JUDGE

1